Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FAXED

COPY

FRACTIONAL VILLAS, INC., a California corporation;
Plaintiff

vs

PEPPER Q. RODGERS, an individual; NORTH CAROLINA FRACTIONALS, an unknown entity; CHRISTOPHER FRISCO, an individual; PIED PIXEL DESIGN, an unknown entity; and DOES 1 - 25,
Defendants

## SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1347 IEG BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

COAST LAW GROUP, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUL 25 2008 |
|---|---|
| CLERK | DATE |

By B. LLOYD, Deputy Clerk

SEAL

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)