Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

COPY

FRACTIONAL VILLAS, INC., a California corporation;
Plaintiff

vs

PEPPER Q. RODGERS, an individual; NORTH CAROLINA FRACTIONALS, an unknown entity; CHRISTOPHER FRISCO, an individual; PIED PIXEL DESIGN, an unknown entity; and DOES 1 - 25,
Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1347 IEG BLM

TO: (Name and Address of Defendant)

08-CV04770

NORTH CAROLINA FRACTIONALS, an unknown entity
172 Cherrybrook Ln
Boone, NC 28607-3723

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

COAST LAW GROUP, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 25 2008
DATE

By [signature] Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 9-3-08 |
| NAME OF SERVER Todd Phillips | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 172 Cherrybrook Lane Boone, NC 28607

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

[ ] Return unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: ______ Date

Sgt. Todd Phillips #117
Signature of Server

184 Hodges Gap Road Boone, N.C. 28607
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SEAL

**STATE OF NORTH CAROLINA**
**COUNTY OF WATAUGA**

**FRACTIONAL VILLAS, INC** — **AFFIDAVIT OF SERV ICE**

**VS** — **CASE # 08-CV1347**

**PEPPER O. ROGERS**

I, Sgt.T. Phillips being a duly sworn officer with the Watauga County Sheriff's Office, do certify that on the 03rd day of SEPTEMBER, 2008, I served the attached process, in accordance with North Carolina General Statute 1A-I, Rule 4 (Supp. 1979), as follows:

- ☑ By delivering to the defendant personally, a copy of the process.
- ☐ By leaving a copy of the process for the defendant at the dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
- ☐ As the defendant is a corporation, service was effected by delivering a copy of the process for the corporation to the person named below.
  Name and Address of Person Whom Copy Left, (If Corporation, Give Title of Person Copy Left .

- ☐ Other Manner of Service:

Deputy Sheriff
Sgt.T. Phillips
Sgt. Todd Phillips

Sworn to and subscribed before me this
3rd day of Sept, 20 08.

Yvonne Shelton
Notary Public

My Commission Expires: 12/14/08

Yvonne Shelton
Notary Public
Watauga County, NC
My Commission Expires 12/14/08